

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN WERNER, Defendant-Appellant.

(No. 53927;

First District—December 23, 1970.

Opinion by Mr. JUSTICE BURKE.

Santo Volpe, Edward M. Genson, and Sam Adam, all of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas DeJohn, Assistant State's Attorneys, of counsel,) for the People.